**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA**

CARRIE DEVORAH )
1330 New Hampshire Avenue N.W. )
Washington, D.C. 20036, )
 )
        Plaintiff, )
 )
 )    Civil Action No. _____
v. )
 )
NEWTON LEROY GINGRICH )
7410 Windy Hill Court )
McLean, Virginia 22102-2800, )
 )
THOMAS NELSON, INC. )
501 Nelson Place )
Nashville, Tennessee 37214, )    **JURY TRIAL DEMANDED**
 )
and )
 )
INTEGRITY MEDIA, INC. )
1000 Cody Road )
Mobile, Alabama 36695, )
 )
       Defendants. )

**COMPLAINT**

Plaintiff Carrie Devorah brings this Complaint against Defendants Newton Leroy

Gingrich, Thomas Nelson, Inc. ("Thomas Nelson"), and Integrity Media, Inc. ("Integrity

Media"), and alleges as follows:

**JURISDICTION AND VENUE**

1.     This action arises under the Copyright Act, 17 U.S.C. § 101 *et seq.*

2.     This Court has original subject matter jurisdiction of this action under 28 U.S.C. §

1331 and 1338(a).

3.     This Court has specific personal jurisdiction over Mr. Gingrich pursuant to D.C.

Code § 13-423(a). Mr. Gingrich has caused tortious injury in the District of Columbia by infringing Ms. Devorah's copyrights in photographs within this District; Ms. Devorah resides in the District of Columbia and will suffer the effects of the tortious injury committed by Mr. Gingrich in this District. Mr. Gingrich regularly does business in this District since he is a senior fellow with the American Enterprise Institute, which is located at 1150 Seventeenth Street N.W., Washington, D.C. 20036, and since he is chief executive officer of the Gingrich Group, which is located at 1301 K Street N.W., Suite 800 West, Washington, D.C. 20005.

4.      Alternatively, this Court has general personal jurisdiction over Mr. Gingrich, since Mr. Gingrich has continuous and systematic contacts with the District of Columbia. Mr. Gingrich works in the District of Columbia as chief executive officer of the Gingrich Group and as a senior fellow with the American Enterprise Institute, which are located in the District of Columbia.

5.      This Court has specific personal jurisdiction over Thomas Nelson pursuant to D.C. Code § 13-423(a). Thomas Nelson has transacted business in the District of Columbia by distributing infringing books and media at issue in this matter to retailers located in the District of Columbia. In addition, Thomas Nelson has caused tortious injury in this District by distributing infringing books and media at issue in this matter to retailers in the District of Columbia. On information and belief, Thomas Nelson engages in persistent conduct with the District of Columbia by regularly distributing books and media to retailers within the District of Columbia.

6.      Alternatively, this Court has general personal jurisdiction over Thomas Nelson. On information and belief, Thomas Nelson conducts continuous and systematic business in this District by regularly distributing books and other media through District of Columbia retailers.

7.     This Court has specific personal jurisdiction over Integrity Media pursuant to D.C. Code § 13-423(a).  Integrity Media has transacted business in the District of Columbia by distributing infringing books and media at issue in this matter to retailers located in the District of Columbia.  In addition, Integrity Media has caused tortious injury in this District by distributing infringing books and media at issue in this matter to retailers in the District of Columbia.  On information and belief, Integrity Media engages in persistent conduct with the District of Columbia by regularly distributing musical recordings and other media to retailers within the District of Columbia.

8.     Alternatively, this Court has general personal jurisdiction over Integrity Media. On information and belief, Integrity Media conducts continuous and systematic business in this District by regularly distributing musical recordings and other media through District of Columbia retailers.

9.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claim occurred within this District.  Ms. Devorah created the copyrighted works at issue in this litigation in this District.  On information and belief, Mr. Gingrich had access to the copyrighted works at issue in this litigation within this District.  Thomas Nelson and Integrity Media distributed unauthorized copies of the copyrighted works at issue in this litigation within this District.  Finally, Ms. Devorah resides within this District, and will feel the impact of the Defendants' infringement within this District.

10.     Venue as to Thomas Nelson and Integrity Media is also proper in this District pursuant to 28 U.S.C. § 1391(c) because Thomas Nelson and Integrity Media are subject to personal jurisdiction in this District at the time this Complaint is filed.

## PARTIES

11.    Plaintiff Carrie Devorah is a professional photographer and photojournalist, and regularly receives licensing fees for use of her copyrighted work.  She resides at 1330 New Hampshire Avenue N.W., Washington, D.C. 20036.

12.    On information and belief, Defendant Gingrich is an author, political and news analyst, and chairman of the Gingrich Group, a communications and consulting firm, and is a former United States Representative and Speaker of the House of Representatives.  Mr. Gingrich resides at 7410 Windy Hill Court, McLean, Virginia 22102-2800.

13.    On information and belief, Defendant Thomas Nelson, whose corporate headquarters is located at 501 Nelson Place, Nashville, Tennessee 37214, is a privately-owned company that publishes inspirational and Christian books and media, including books and media authored by Mr. Gingrich.  In conjunction with these activities, Thomas Nelson distributes books and media to retailers in the District of Columbia.  Thomas Nelson has published Mr. Gingrich's books, including the infringing books, under its own name, as well as under its imprint, Integrity Publishers.  Thomas Nelson acquired Integrity on September 28, 2006 from Integrity Media.

14.    On information and belief, Defendant Integrity Media, whose corporate headquarters is located at 1000 Cody Road, Mobile, Alabama 36695, is a privately-owned company that publishes inspirational and Christian music and media.  In conjunction with these activities, Integrity Media distributes music and media to retailers in the District of Columbia. Until September 28, 2006, Integrity Media owned Integrity Publishers.

## FACTUAL ALLEGATIONS

### A.    Plaintiff's Ownership of Copyright

15.    Ms. Devorah is the photographer, author, and copyright owner of *God in the Temples of Government*, a collection of photographs that constitutes copyrightable subject matter

- 4 -

under the Copyright Act, 17 U.S.C. § 101 *et seq.*  Ms. Devorah has complied in all respects with

the provisions of the Copyright Act, and has registered *God in the Temples of Government* with

the United States Copyright Office, registration number VA 1-683-305.  The copyright

registration certificate identifies Ms. Devorah as the author of *God in the Temples of

Government.*  The effective date of registration is August 31, 2007.  A copy of the copyright

registration certificate is attached as Exhibit 1.

16.     At all times relevant to the allegations in this Complaint, Ms. Devorah has been

and remains the copyright owner of all photographs contained in *God in the Temples of

Government.*  Ms. Devorah has never assigned the copyright in *God in the Temples of

Government,* or in any of the photographs contained in that collective work, to any other entity.

17.     Among the copyrighted photographs included in *God in the Temples of

Government* are the following photographs:

- The Ten Commandments;

- Moses;

- Moses with the Ten Commandments;

- Liberty of Worship; and

- The Adams Prayer Mantel (collectively, "the Copyrighted Photographs").

18.     *God in the Temples of Government,* including all of the Copyrighted Photographs,

was first published on November 24, 2003 in the periodical, HUMAN EVENTS.  A copy of

excerpts from this first publication is attached as Exhibit 2.

19.     The print and online editions of HUMAN EVENTS identified Ms. Devorah as the

author of the photographs.  Subsequently, the Wall Street Journal published *God in the Temples

of Government* as well, again crediting Ms. Devorah as the author of the Copyrighted

Photographs.

**B.      Mr. Gingrich's Acts of Infringement**

20.      On information and belief, between November 24, 2003 and October 10, 2006,
Mr. Gingrich authored the book, *Rediscovering God in America* ("*RGIA*").  *RGIA* contains
unauthorized copies of the Copyrighted Photographs.  Excerpts from *RGIA* are attached as
Exhibit 3.

21.      Ms. Devorah did not authorize Mr. Gingrich or Thomas Nelson to reproduce or
copy the Copyrighted Photographs.

22.      Mr. Gingrich knew or should have known that *RGIA* contained unauthorized
reproductions or copies of the Copyrighted Photographs.  Mr. Gingrich writes a weekly column
for HUMAN EVENTS that has been published on the HUMAN EVENTS website since at least April
2006.  The Copyrighted Photographs have appeared on the HUMAN EVENTS website since 2003.
In addition, Mr. Gingrich has authored several books published by Regnery Publishing, Inc.
("Regnery"), a sister company of HUMAN EVENTS; Regnery and HUMAN EVENTS are owned by
Eagle Publishing, Inc., and all three entities are found in Eagle Publishing, Inc.'s offices at One
Massachusetts Avenue N.W., Washington, D.C. 20001.  Finally, in 2005, Ms. Devorah met with
Kathy Lubbers, Mr. Gingrich's daughter and president of Gingrich Communications, Inc.  Ms.
Devorah showed Ms. Lubbers a number of her photographs, including the Copyrighted
Photographs.  In contemporaneous email correspondence with Ms. Lubbers, Ms. Devorah
directed her to the publication of *God in the Temples of Government* appearing on the HUMAN
EVENTS website.

23.      Upon information and belief, Mr. Gingrich knowingly induced, caused, materially
contributed to, and participated in the infringement of the Copyrighted Photographs, in part, by
providing *RGIA*, containing unauthorized copies of the Copyrighted Photographs, to Integrity
Publishing for publication.

24.     Upon information and belief, as the author of *RGIA*, Mr. Gingrich had the right and ability to control the reproduction and distribution of the infringing works.

25.     Upon information and belief, Mr. Gingrich received a direct financial and economic benefit from sales of the infringing works through, for example, royalties for sales of infringing works and media exposure and publicity.

**C.      Thomas Nelson's Acts of Infringement**

26.     On or around September 28, 2006, Thomas Nelson acquired Integrity from Integrity Media, Inc, and took over the day-to-day management and control of its publications.[1] As part of the acquisition, Byron Williamson, Integrity's chief executive officer and founder, became an executive vice president for strategic development at Thomas Nelson.[2]  In addition, a number of Integrity's officers began reporting directly to Thomas Nelson officers, including to Chief Publishing Officer and Executive Vice President Tamara Heim.[3]  Immediately after acquiring Integrity, Thomas Nelson announced that it would begin to phase out its separate imprints – including Integrity – and would reorganize its publishing units.  Thomas Nelson ceased using the Integrity name by April 2007.[4]

27.     On and after October 10, 2006, Thomas Nelson, through its newly-acquired, wholly-owned imprint, Integrity Publishers, infringed Ms. Devorah's copyrights in the Copyrighted Photographs by publishing and placing on the market *RGIA*, which featured

---

[1] *See* http://www.thomasnelson.com/consumer/dept.asp?dept_id=1118081.

[2] *Id.*

[3] *Id.*

[4] *See* Lynn Garrett, *In Radical Reorg, Nelson to Drop Imprints*, Publishers Weekly, Oct. 17, 2006, available online at: http://www.publishersweekly.com/article/CA6381916.html.

unauthorized reproductions of the Copyrighted Photographs. *RGIA* contains images that are identical or substantially similar to the Copyrighted Photographs on the following pages:

- The Ten Commandments: *RGIA*, p. 144

- Moses: *RGIA*, p. 154 (detail)

- Moses with the Ten Commandments: *RGIA*, p. 155

- Liberty of Worship: *RGIA*, p. 156

- The Adams Prayer Mantel: *RGIA*, p. 157

Exhibit 4 contains a side-by-side comparison of the Copyrighted Photographs taken from the HUMAN EVENTS publication and excerpts from *RGIA*.

28.     Subsequently, Thomas Nelson published other editions of *RGIA* under its own name that continued to infringe Ms. Devorah's copyrights. Specifically, Thomas Nelson published and placed on the market the Spanish-language version of *RGIA*, entitled *Descubra la fe de una nación* ("*Descubra la fe*"), which features unauthorized reproductions or copies of the Copyrighted Photographs on the following pages:

- The Ten Commandments: *Descubra la fe*, p. 142

- Moses: *Descubra la fe*, p. 152 (detail)

- Moses with the Ten Commandments: *Descubra la fe*, p. 153

- Liberty of Worship: *Descubra la fe*, p. 154

- The Adams Prayer Mantel: *Descubra la fe*, p. 155

Excerpts from *Descubra la fe* are attached as Exhibit 5.

29.     By 2005, prior to the publication of *RGIA*, Thomas Nelson knew or had reason to know that Ms. Devorah owned the copyrights to the Copyrighted Photographs. In 2004 and 2005, Ms. Devorah corresponded with employees of Thomas Nelson with respect to a book

proposal based on *God in the Temples of Government*, and submitted copies of the Copyrighted

Photographs to employees of Thomas Nelson.

30.    Thomas Nelson has and had the right and ability to control the unauthorized

reproduction and distribution to the public of the Copyrighted Photographs.  Thomas Nelson

acquired Integrity prior to the publication of *RGIA* and its officers oversaw Integrity's affairs.

Moreover, after acquiring Integrity, Thomas Nelson immediately announced its intention to

cease publishing books under the Integrity imprint.  In addition, Thomas Nelson published and

distributed to the public *Descubra la fe*.

31.    Upon information and belief, Thomas Nelson has received, and continues to

receive, revenue from sales of the infringing works, *RGIA* and *Descubra la fe*.

**D.    Integrity Media's Acts of Infringement**

32.    Upon information and belief, prior to the sale of Integrity Publishers to Thomas

Nelson, Integrity Media oversaw the publication, the selection and arrangement of photographs

and artwork, and the distribution to retailers of *RGIA*.

33.    In conjunction with its selection and arrangement of photographs and artwork,

Integrity Media copied or reproduced the Copyrighted Photographs.

34.    Integrity Media did not have authorization from Ms. Devorah to reproduce, copy,

or distribute the Copyrighted Photographs.

35.    On information and belief, Integrity Media had access to the Copyrighted

Photographs prior to the publication, the selection and arrangement of photographs and artwork,

and the distribution to retailers of *RGIA*.

**E.    Ms. Devorah's Discovery and Notice to the Mr. Gingrich and Thomas Nelson of the Infringement**

36.    Ms. Devorah first discovered the Defendants' infringement of the Copyrighted

Photographs on or around October 24, 2006, after an employee of Eagle Publishing, Inc. alerted her to the publication of *RGIA*.

37.     Ms. Devorah notified Mr. Gingrich and Thomas Nelson that *RGIA* infringed her copyrights in the Copyrighted Photographs on November 20, 2006.  Despite this notice, Thomas Nelson continued to publish *RGIA*, and subsequently published *Descubra la fe*.

## FIRST CLAIM FOR RELIEF

## (DIRECT COPYRIGHT INFRINGEMENT)

### (Against Mr. Gingrich, Thomas Nelson, and Integrity Media)

38.     Ms. Devorah repeats and realleges each and every allegation set forth in paragraphs 1 to 35 above as if fully set forth herein.

39.     The photographs appearing on pages 144, 154, 155, 156, and 157 of *RGIA* are identical or substantially similar to the Copyrighted Photographs.

40.     The photographs appearing on pages 142, 152, 153, 154, and 155 of *Descubra la fe* are identical or substantially similar to the Copyrighted Photographs.

41.     Mr. Gingrich, Thomas Nelson, and Integrity Media had access to the Copyrighted Photographs prior to the publication of *RGIA* and *Descubra la fe*.

42.     Mr. Gingrich's unauthorized reproductions of Ms. Devorah's copyrighted photographs, the Ten Commandments, Moses, Moses with the Ten Commandments, Liberty of Worship, and the Adams Prayer Mantel, each constitutes a separate act of infringement of Ms. Devorah's exclusive rights under the Copyright Act, 17 U.S.C. § 101 *et seq.*

43.     Thomas Nelson's unauthorized reproductions of Ms. Devorah's copyrighted photographs, the Ten Commandments, Moses, Moses with the Ten Commandments, Liberty of Worship, and the Adams Prayer Mantel, each constitutes a separate act of infringement of Ms.

Devorah's exclusive rights under the Copyright Act, 17 U.S.C. § 101 *et seq.*

44.     Integrity Media's unauthorized reproductions of Ms. Devorah's copyrighted photographs, the Ten Commandments, Moses, Moses with the Ten Commandments, Liberty of Worship, and the Adams Prayer Mantel, each constitutes a separate act of infringement of Ms. Devorah's exclusive rights under the Copyright Act, 17 U.S.C. § 101 *et seq.*

45.     Mr. Gingrich's and Thomas Nelson's conduct has been and continues to be intentional, willful, and with full knowledge of Ms. Devorah's copyright interests and infringement thereof.

46.     The foregoing acts by Mr. Gingrich and Thomas Nelson constitute willful, direct infringement of Ms. Devorah's exclusive rights in the Copyrighted Photographs, the Ten Commandments, Moses, Moses with the Ten Commandments, Liberty of Worship, and the Adams Prayer Mantel.

47.     The foregoing acts by Integrity Media constitute direct infringement of Ms. Devorah's exclusive rights in the Copyrighted Photographs, the Ten Commandments, Moses, Moses with the Ten Commandments, Liberty of Worship, and the Adams Prayer Mantel.

48.     In violation of Ms. Devorah's exclusive rights under 17 U.S.C. § 106, and pursuant to 17 U.S.C. § 504(b), as a direct and proximate result of Mr. Gingrich's, Thomas Nelson's, and Integrity Media's infringement of Ms. Devorah's exclusive rights, Ms. Devorah is entitled to recover her actual damages, including Mr. Gingrich's, Thomas Nelson's, and Integrity Media's profits from infringement, as will be proven at trial.

49.     Mr. Gingrich and Thomas Nelson are causing and, unless enjoined by the Court, will continue to cause, Ms. Devorah irreparable harm for which she has no adequate remedy at law.

50.     Ms. Devorah is further entitled to her attorneys' fees and full costs pursuant to 17 U.S.C. § 505, and prejudgment interest according to law.

## SECOND CLAIM FOR RELIEF

## (CONTRIBUTORY COPYRIGHT INFRINGEMENT)

### (Against Mr. Gingrich)

51.     Ms. Devorah repeats and realleges each and every allegation set forth in paragraphs 1 to 44 above as if fully set forth herein.

52.     Through his conduct alleged herein, Mr. Gingrich knowingly and systematically induced, caused, materially contributed to, and participated in the infringement of Ms. Devorah's copyrighted photographs, Ten Commandments, Moses, Moses with the Ten Commandments, Liberty of Worship, and the Adams Prayer Mantel.

53.     The unauthorized reproduction and distribution of the Copyrighted Photographs, the Ten Commandments, Moses, Moses with the Ten Commandments, Liberty of Worship, and the Adams Prayer Mantel, each constitutes a separate act of infringement of Ms. Devorah's exclusive rights under the Copyright Act, 17 U.S.C. § 101 *et seq.*

54.     Mr. Gingrich's conduct has been and continues to be intentional, willful, and with full knowledge of Ms. Devorah's copyright interests and infringement thereof.

55.     The foregoing acts by Mr. Gingrich constitute willful, contributory infringement of Ms. Devorah's exclusive rights in the Copyrighted Photographs, the Ten Commandments, Moses, Moses with the Ten Commandments, Liberty of Worship, and the Adams Prayer Mantel.

56.     In violation of Ms. Devorah's exclusive rights under 17 U.S.C. § 106, and pursuant to 17 U.S.C. § 504(b), as a direct and proximate result of Mr. Gingrich's contributory infringement of Ms. Devorah's exclusive rights, Ms. Devorah is entitled to recover her actual

damages, including Mr. Gingrich's profits from infringement, as will be proven at trial.

57.     Mr. Gingrich is causing and, unless enjoined by the Court, will continue to cause, Ms. Devorah irreparable harm for which she has no adequate remedy at law.

58.     Ms. Devorah is further entitled to her attorneys' fees and full costs pursuant to 17 U.S.C. § 505, and prejudgment interest according to law.

## THIRD CLAIM FOR RELIEF

## (VICARIOUS COPYRIGHT INFRINGEMENT)

### (Against Mr. Gingrich and Thomas Nelson)

59.     Ms. Devorah repeats and realleges each and every allegation set forth in paragraphs 1 to 52 above as if fully set forth herein.

60.     On information and belief, Mr. Gingrich has and had the right and ability to control the unauthorized reproduction and distribution to the public of Ms. Devorah's Copyrighted Photographs, Ten Commandments, Moses, Moses with the Ten Commandments, Liberty of Worship, and the Adams Prayer Mantel.

61.     On information and belief, Mr. Gingrich received a direct financial and economic benefit from the unauthorized reproduction and distribution to the public of Ms. Devorah's Copyrighted Photographs, the Ten Commandments, Moses, Moses with the Ten Commandments, Liberty of Worship, and the Adams Prayer Mantel, by, among other things, receiving a share of the profits associated with *RGIA* and *Descubra la fe*.

62.     On information and belief, Thomas Nelson has and had the right and ability to control the unauthorized reproduction and distribution to the public of Ms. Devorah's Copyrighted Photographs, the Ten Commandments, Moses, Moses with the Ten Commandments, Liberty of Worship, and the Adams Prayer Mantel.

63.    On information and belief, Thomas Nelson received a direct financial and economic benefit from the unauthorized reproduction and distribution to the public of Ms. Devorah's Copyrighted Photographs, Ten Commandments, Moses, Moses with the Ten Commandments, Liberty of Worship, and the Adams Prayer Mantel, by, among other things, receiving a share of the profits associated with *RGIA* and *Descubra la fe*.

64.    Each unauthorized reproduction and distribution of the Copyrighted Photographs, Ten Commandments, Moses, Moses with the Ten Commandments, Liberty of Worship, and the Adams Prayer Mantel, constitutes a separate act of infringement of Ms. Devorah's exclusive rights under the Copyright Act, 17 U.S.C. § 101 *et seq.*

65.    Thomas Nelson's conduct has been and continues to be intentional, willful, and with full knowledge of Ms. Devorah's copyright interests and infringement thereof.

66.    The foregoing acts by Thomas Nelson constitute willful, vicarious infringement of Ms. Devorah's exclusive rights in the Ten Commandments, Moses, Moses with the Ten Commandments, Liberty of Worship, and the Adams Prayer Mantel.

67.    In violation of Ms. Devorah's exclusive rights under 17 U.S.C. § 106, and pursuant to 17 U.S.C. § 504(b), as a direct and proximate result of Mr. Gingrich's and Thomas Nelson's vicarious infringement of Ms. Devorah's exclusive rights, Ms. Devorah is entitled to recover her actual damages, including Mr. Gingrich's and Thomas Nelson's profits from infringement, as will be proven at trial.

68.    Mr. Gingrich and Thomas Nelson are causing and, unless enjoined by the Court, will continue to cause, Ms. Devorah irreparable harm for which she has no adequate remedy at law.

69.    Ms. Devorah is further entitled to her attorneys' fees and full costs pursuant to 17

U.S.C. § 505, and prejudgment interest according to law.

## PRAYER FOR RELIEF

WHEREFORE, Ms. Devorah prays for relief as follows:

1. For a preliminary and permanent injunction against Mr. Gingrich and Thomas Nelson and their agents, servants, employees, officers, attorneys, successors, licensees, partners, and assigns, and all persons acting in concert with them:

    a. enjoining them from all further infringing conduct in connection with the Copyrighted Photographs; and

    b. enjoining them from all further infringement of any copyrighted photographs owned or controlled by Ms. Devorah.

2. For an award of actual damages, including licensing fees or reasonable royalties, and profits as permitted under the Copyright Act, in an amount to be determined at trial;

3. For prejudgment interest according to law;

4. For an order awarding Ms. Devorah her attorneys' fees, together with the costs and disbursements of this action; and

5. For such other relief as the Court deems just and proper.

## JURY DEMAND

Ms. Devorah hereby demands a trial by jury on all issues so triable.

Dated: October 9, 2009

By: *John P. Corrado, by Nabila Isa-Odidi with Authority*

John P. Corrado, Bar No. 380948
Nabila Isa-Odidi, Bar No. 980674
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue NW
Suite 6000
Washington, D.C. 20006
Telephone:   202.887.1500
Facsimile:   202.887.5125
jcorrado@mofo.com
nisaodidi@mofo.com

*Attorneys for Plaintiff Carrie Devorah*

**Exhibit 1**



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

# VA 1-683-305

**Effective date of
registration:**

August 31, 2007

## Title

| | |
|---|---|
| **Title of Work:** | GOD IN THE TEMPLES OF GOVERNMENT |
| **Previous or Alternative Title:** | Group Registration of published photographs/God in the Temples of Government 15 Photos & God in the Temples of Government II 11 photos |
| **Title of Larger Work:** | Human Events-November 24, 2003 |
| | Human Events-December 22, 2003 |
| **Nature of Work:** | PHOTOGRAPHS |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2003 | | |
| **Date of 1st Publication:** | November 24, 2003 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | CARRIE DEVORAH | | |
| **Author Created:** | Photograph | | |
| **Work made for hire:** | No | | |
| **Citizen of:** | Canada | **Domiciled in:** | United States |
| **Year Born:** | 1995 | | |
| **Anonymous:** | No | **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | CARRIE DEVORAH |
| | 1330 New Hampshire Ave NW Apt. 607, Washington, DC 20036 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |
| **Basis of current registration:** | This is the first application submitted by this author as claimant. |

## Certification

**Name:** CARRIE DEVORAH

**Date:** August 31, 2007

---

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: Range of publication date is listed as 11/24/2003-12/22/2003.

**Exhibit 2**

# Supremes: Do as We Say, Not as We Do

The Supreme Court closed its session last week in a burst of contradiction and hypocrisy.

In one case, it ruled 5-4 that Texas could display the Ten Commandments on the state Capitol grounds. In another, it ruled 5-4 that two Kentucky counties could not display the Ten Commandments in their courthouses.

Writing for the majority in the latter case, Justice David Souter said that displaying the Commandments in Kentucky courthouses violates "the principle that the '1st Amendment mandates government neutrality . . . between religion and non-religion.'"

The 1st Amendment, of course, reflects no such principle. It merely prohibits Congress from making any law "respecting an establishment of religion." A Kentucky county, of course, is not "Congress." Displaying the Ten Commandment does not "establish" a religion.

Yet, Souter's opinion was not only radically unconstitutional, it was also flagrantly hypocritical.

As revealed by the photographs here, the Supreme Court itself prominently displays the Ten Commandments in three places. First, it displays the Commandments on its chamber doors. Secondly, it displays the Commandments in its atrium. Thirdly, it displays the Commandments on the exterior frieze of its building.

Souter and his four liberal accomplices—J.P. Stevens, Stephen Breyer, Ruth Ginsburg and Sandra Day O'Connor—did not order these displays of the Ten Commandments taken down.

Neither the language of the Constitution nor the historical practices of the court itself made any difference to these justices. Their message: Do as we say, not as we do. ■



*"The Ten Commandments have profoundly influenced the formation of Western legal thought and the formation of our country. That influence is clearly seen in the Declaration of Independence, which declared that, 'We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain inalienable Rights, that among these are Life, Liberty and the pursuit of Happiness.' The Ten Commandments provide the moral background of the Declaration of Independence and the foundation of our legal system."*

—Plaque on the Ten Commandments display in McCreary and Pulaski counties, Ky., which the Supreme Court ruled unconstitutional

All photos by Carrie Devorah

**The Ten Commandments are displayed in three places at the Supreme Court. Moses appears with the Commandments in the court's atrium (top) and on the frieze on the rear facade of the courthouse (middle). The Commandments are also carved on the doors of the court's chamber (bottom).**

A poster of "God in the Temples of Government," featuring photos of the Supreme Court and other buildings in Washington, D.C., can be purchased at HEBookService.com

*"What distinguishes the rule of law from the dictatorship of a shifting Supreme Court majority is the absolutely indispensable requirement that judicial opinions be grounded in consistently applied principle. That is what prevents judges from ruling now this way, now that—thumbs up or thumbs down—as their personal preferences dictate. Today's opinion forthrightly (or actually, somewhat less than forthrightly) admits that it does not rest upon consistently applied principle."*

—Justice Antonin Scalia, dissenting from the court's opinion in the Kentucky Ten Commandments case

Photo
**Human Events**
Special

# God in the Temples of Government II



















As a follow-up to her first project on religious images in Washington, D.C., public buildings (see Human Events, Nov. 24, 2003, page 20), HE intern and photojournalist Carrie Devorah took more pictures of religious images and also gathered three U.S. stamps with religious themes. Will the courts eventually outlaw these images, as they have other religious symbols such as former Alabama Chief Justice Roy Moore's Ten Commandments monument? If not, why not?

(1) Jesuit Father James Marquette in the U.S. Capitol; (2) Inscription inside the Washington Monument; (3) Sculpture in front of the U.S. district court building; (4) Image called "Religion" in the U.S. Capitol; (5) Carving of Ten Commandments on doors of the U.S. Supreme Court; (6) Charlemagne inside U.S. Supreme Court; (7) Muhammad inside U.S. Supreme Court; (8) Painting in U.S. Capitol of Pocahontas' baptism; (9) Three U.S. stamps commemorating holidays; (10) Discovery of the Mississippi River by Hernando De Soto in the U.S. Capitol; (11) Christmas tree in the Library of Congress with detail of one of its ornaments.







**Photo**
**Human Events**
**Special**

# God in the Temples of Government



*All photos except where noted by Carrie Devorah*



O n November 13, the Alabama Court of the Judiciary ordered the removal of Alabama Chief Justice Roy Moore from his post. The decision resulted from Moore's refusal to obey what he considered a tyrannical order from a federal judge commanding him to remove a stone monument of the Ten Commandments from the rotunda of the Alabama supreme court building.

The federal court, which was not overruled because the Supreme Court refused to consider Moore's appeal, insisted that the state of Alabama could not acknowledge God by displaying a religiously-based representation, even though the Alabama constitution says, "We, the people of the State of Alabama, in order to establish justice, insure domestic tran-

quility, and secure the blessings of liberty to ourselves and our posterity, invoking the favor and guidance of Almighty God, do ordain and establish the following Constitution and form of government for the State of Alabama."

HUMAN EVENTS intern and photojournalist Carrie Devorah went to federal government buildings in the District of Columbia and photographed some of the many religious and religiously inspired items in those buildings. In addition, she obtained a picture from the White House of the Adams Prayer

Mantel. These pictures are a small sampling of the many religious images scattered throughout government buildings in D.C. and around the country.

Will all of these images eventually be removed by the order of unrestrained federal judges? Will the Alabama state constitution—the current version of which was adopted over 100 years ago, in 1901—have to be revised? More important, will Congress and the President act to restrict federal courts' jurisdiction over such matters, as the U.S. Constitution explicitly gives them the authority to do, before it is too late?



**Top left:** Moses on the rear facade of the U.S. Supreme Court.

**Middle left:** Moses with the Ten Commandments inside the Supreme Court's courtroom.

**Bottom left:** "Liberty of Worship" statute resting on the Ten Commandments outside the Ronald Reagan Building.

**Top right:** Moses with the Ten Commandments in the rotunda of the Library of Congress.

**Bottom left:** The Ten Commandments in the floor of the National Archives.

**Bottom right:** The Adams Prayer Mantel in the White House.





*I Pray Heaven To Bestow THE BEST OF BLESSINGS ON THIS HOUSE And All that shall hereafter Inhabit it. May none but Honest and Wise Men ever rule under This Roof.*

*Photo Courtesy of the White House*

1226





ALMIGHTY GOD HATH CREATED THE MIND FREE. ALL ATTEMPTS TO INFLUENCE IT BY TEMPORAL PUNISHMENTS OR BURTHENS···ARE A DEPARTURE FROM THE PLAN OF THE HOLY AUTHOR OF OUR RELIGION···NO MAN SHALL BE



THIS NATION UNDER GOD

PRESERVE ME O GOD FOR IN THEE DO I PUT MY TRUST

PSALM 16:1





A FREE PRESS.

WASHINGTON

Clockwise from top left: Painting called "Knowl-edge" in the North Hall of the Library of Congress; An excerpt from Virginia's Statute of Religious Freedom, authored by Thomas Jefferson, on the wall of the Jefferson Memorial; "De Soto's Burial in the Mississippi River" in the rotunda of the U.S. Capitol; A phrase from Lord Tennyson in the ro-tunda of the Library of Congress; A memorial plaque from the Free Press Methodist Episcopal Church inside the Washington Monument; An ex-cerpt from Abraham Lincoln's second inaugural speech carved into the interior of the Lincoln Memorial; A painting of the Roman goddess of war in the Senate side of the U.S. Capitol; A stained glass window of George Washington praying, in the chapel in the U.S. Capitol.

The images on these two pages are of the sort that federal courts have increasingly ruled "unconstitu-tional" for decades. If the American Civil Liberties Union (ACLU) or some other plaintiff decides to sue to remove any or all of these images, what would be the result? If the courts are consistent, these im-ages—and countless more like them—could be re-moved by a judicial elite hostile to all forms of religious expression in public.



APPROPRIATIONS.

...PARTY ZEAL ENLARGE-...TUDE OR THE DURATION...DY ATTAINED···NEITHER CAUSE OF THE CONFLICT... EVEN BEFORE THE CON-...ND A RESULT LESS FUN-...NDING. BOTH READ THE TO THE SAME GOD AND D AGAINST THE OTHER THAT ANY MEN SHOULD GOD'S ASSISTANCE IN AD FROM THE SWEAT OF BUT LET US JUDGE NOT SED THE PRAYERS OF BOTH ERED — THAT OF NEITHER FULLY·THE ALMIGHTY S·"WOE UNTO THE WORLD FOR IT MUST NEEDS BE E BUT WOE TO THAT MAN SE COMETH·"

**Exhibit 3**

# REDISCOVERING GOD IN AMERICA

*Reflections on the Role of Faith in
Our Nation's History and Future*

## NEWT GINGRICH



INTEGRITY
HOUSE™

Nashville

# REDISCOVERING GOD IN AMERICA

By Newt Gingrich

Copyright © 2006 by Newt Gingrich
Published by Integrity Publishers, a Division of Integrity Media, Inc.
660 Bakers Bridge Avenue, Suite 200, Franklin, Tennessee 37067

All rights reserved. No portion of this book may be reproduced, stored in a retrieval system, or transmitted in any form or by any means—electronic, mechanical, photocopy, recording or any other—except for brief quotations in printed reviews, without the prior written permission of the publisher.

Scripture quotations used in this book are from *The King James Version.*

Cover Design: BrandNavigation, Sisters, Oregon
Interior Design: Typesetting Unlimited, Broken Arrow, Oklahoma

Library of Congress Cataloging-in-Publication Data

Gingrich, Newt.
    Discovering God in our Nation's capital / Newt Gingrich.
        p. cm.
Summary: "Significant monuments, memorials, and artifacts found in our Nation's capital are Creator-endowed as seen through a walk through tour of Washington DC"—Provided by publisher.
    ISBN-13: 978-1-59145-482-3 (hardcover)
    ISBN-10: 1-59145-482-4 (hardcover)
1. Washington (D.C.)—Religion. 2. Washington (D.C.)—Buildings, structures, etc. 3. Washington (D.C.)—Description and travel. I. Title.
BL2527.W18G56 2006
    200.9753—dc22

                                                              2006023450

Printed in the United States of America

## The National Archives



PD-USGov



PD-USGov-NARA

REDISCOVERING GOD IN AMERICA

# The Supreme Court



PD-art



PD-USGov



PD-USGov



PD-USGov



PD-USGov



PD-USGov

SELECTED IMAGES ON YOUR TOUR

# The Library of Congress



All:  PD-USGov

REDISCOVERING GOD IN AMERICA

# The Ronald Reagan Building



All: PD-USGov

SELECTED IMAGES ON YOUR TOUR

# The White House









All:  PD-USGov

**Exhibit 4**

· Descubra la fe de una nación ·

# Los Archivos Nacionales



PD-USGov



from a federal judge commanding him to remove a stone monument of the Ten Commandments from the rotunda of the Alabama supreme court building.

The federal court, which was not overruled because the Supreme Court refused to consider Moore's appeal, insisted that the state of Alabama could not acknowledge God by displaying a religiously-based representation, even though the Alabama constitution says, "We, the people of the State of Alabama, in order to establish justice, insure domestic tran-

of Alabama."

HUMAN EVENTS intern and photojournalist Carrie Devorah went to federal government buildings in the District of Columbia and photographed some of the many religious and religiously inspired items in those buildings. In addition, she obtained a picture from the White House of the Adams Prayer

**Top left: Moses on the rear facade of the U.S. Supreme Court.**

**Middle left: Moses with the Ten Commandments inside the Supreme Court's courtroom.**

**Bottom left: "Liberty of Worship" statue resting on the Ten Commandments outside the Ronald Reagan Building.**

**Top right: Moses with the Ten Commandments in the rotunda of the Library of Congress.**

**Bottom left: The Ten Commandments on the floor of the National Archives.**

**Bottom right: The Adams Prayer Mantel in the White House.**





· Descubra la fe de un

*La Corte S*



PD-art







# Page ★ 3

## We Say, Not as We Do

's opinion was not only radically uncon-
was also flagrantly hypocritical.
d by the photographs here, the Supreme
rominently displays the Ten Command-
places. First, it displays the Command-
hamber doors. Secondly, it displays the
ts in its atrium. Thirdly, it displays the
ts on the exterior frieze of its building.
d his four liberal accomplices—J.P.
hen Breyer, Ruth Ginsburg and Sandra
—did not order these displays of the Ten
ts taken down.
language of the Constitution nor the his-
es of the court itself made any difference
es. Their message: Do as we say, not as ∎



Todas: PD: USGov

153

Photo
**Human Events**
Special

# God in the Temples of Government



All photos except where noted by Carrie Devorah

On November 13, the Alabama Court of the Judiciary ordered the removal of Alabama Chief Justice Roy Moore from his post. The decision resulted from Moore's refusal to obey what he considered a tyrannical order quility, and secure the blessings of liberty to ourselves and our posterity, invoking the favor and guidance of Almighty God, do ordain and establish the following Constitution and form of government for the State Mantel. These pictures are a small sampling of the many religious images scattered throughout government buildings in D.C. and around the country.

Will all of these images eventually be removed by the order of

*Edificio Ronald Reagan*







On November 13 Court of the Judic removal of Alabar Roy Moore from his pos resulted from Moore's what he considered a t from a federal judge com remove a stone monum Commandments from the Alabama supreme court b

The federal court, whic ruled because the Suprem to consider Moore's appe the state of Alabama cou edge God by displaying based representation, e Alabama constitution people of the State of Alal establish justice, insure

**Top left: Moses on the rear facade of the U.S. Supreme Court.**

**Middle left: Moses with the Ten Commandments inside the Supreme Court's courtroom.**

**Bottom left: "Liberty of Worship" statute resting on the Ten Commandments outside the Ronald Reagan Building.**

**Top right: Moses with the Ten Commandments in the rotunda of the Library of Congress.**

**Bottom left: The Ten Commandments in the floor of the National Archives.**

**Bottom right: The Adams Prayer Mantel in the White House.**





Todos: PD-USGov

*155*



displaying a religiously-entation, even though the institution says, "We, the State of Alabama, in order to ice, insure domestic tran-

many religious and religiously inspired items in those buildings. In addition, she obtained a picture from the White House of the Adams Prayer

to restrict federal courts' jurisdiction over such matters, as the U.S. Constitution explicitly gives them the authority to do, before it is too late?

Photo Courtesy of the White House

1226

**Exhibit 5**

# *Descubra la* FE *de una* NACIÓN

# NEWT GINGRICH



**GRUPO NELSON**
Una división de Thomas Nelson Publishers
*Desde 1798*

NASHVILLE   DALLAS   MÉXICO DF.   RÍO DE JANEIRO   BEIJING

© 2007 por Grupo Nelson
Publicado en Nashville, Tennessee, Estados Unidos de América.
Grupo Nelson, Inc. es una subsidiaria que pertenece
completamente a Thomas Nelson, Inc.
Grupo Nelson es una marca registrada de Thomas Nelson, Inc.
www.gruponelson.com

Título en inglés: *Rediscovering God in America*
© 2006 por Newt Gingrich
Publicado por Thomas Nelson, Inc.

Todos los derechos reservados. Ninguna porción de este libro podrá ser
reproducida, almacenada en algún sistema de recuperación, o transmitida en
cualquier forma o por cualquier medio —mecánicos, fotocopias, grabación u
otro— excepto por citas breves en revistas impresas, sin la autorización previa
por escrito de la editorial.

A menos que se especifique lo contrario, las citas bíblicas usadas
son de la Santa Biblia, Versión Reina-Valera 1960
© 1960 Sociedades Bíblicas Unidas en América Latina.
Usadas con permiso.

Traducción: *Adrián Aizpiri*
Tipografía: *Grupo Nivel Uno*

ISBN: 978-1-60255-029-2

Impreso en Estados Unidos de América

08 09 10 11 12 QW 9 8 7 6 5 4 3 2

*· Descubra la fe de una nación ·*

## *Los Archivos Nacionales*



PD-USGov



PD-USGov-NARA

· *Descubra la fe de una nación* ·

# *La Corte Suprema*



PD-art



PD-USGov



PD-USGov



PD-USGov



PD-USGov



PD-USGov

· *Imágenes selecionadas de la gira* ·

## La Biblioteca del Congreso



Todos: PD-USGov

*· Descubra la fe de una nación ·*

# *Edificio Ronald Reagan*



Todos: PD-USGov

154

· *Imágenes selecionadas de la gira* ·

## *La Casa Blanca*











Todos: PD-USGov