# Exhibit 1



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**
VA 1-683-305

**Effective date of registration:**
August 31, 2007

# Title

- **Title of Work:** GOD IN THE TEMPLES OF GOVERNMENT
- **Previous or Alternative Title:** Group Registration of published photographs/God in the Temples of Government 15 Photos & God in the Temples of Government II 11 photos
- **Title of Larger Work:** Human Events-November 24, 2003
  Human Events-December 22, 2003
- **Nature of Work:** PHOTOGRAPHS

# Completion/Publication

- **Year of Completion:** 2003
- **Date of 1st Publication:** November 24, 2003
- **Nation of 1st Publication:** United States

# Author

- **Author:** CARRIE DEVORAH
- **Author Created:** Photograph
- **Work made for hire:** No
- **Citizen of:** Canada
- **Domiciled in:** United States
- **Year Born:** 1995
- **Anonymous:** No
- **Pseudonymous:** No

# Copyright claimant

- **Copyright Claimant:** CARRIE DEVORAH
  1330 New Hampshire Ave NW Apt. 607, Washington, DC 20036

# Limitation of copyright claim

- **Previously registered:** No
- **Basis of current registration:** This is the first application submitted by this author as claimant.

# Certification

|         |                  |
|---------|------------------|
| **Name:** | CARRIE DEVORAH |
| **Date:** | August 31, 2007 |

---

**Correspondence:** Yes

**Copyright Office notes:** Regarding publication: Range of publication date is listed as 11/24/2003-12/22/2003.