**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| CARRIE DEVORAH | ) |
| 1330 New Hampshire Avenue N.W. | ) |
| Washington, D.C. 20036, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEWTON LEROY GINGRICH | ) |
| 7410 Windy Hill Court | )    Civil Action No. 09-01934 (CKK) |
| McLean, Virginia 22102-2800, | ) |
| | ) |
| THOMAS NELSON, INC. | ) |
| 501 Nelson Place | ) |
| Nashville, Tennessee 37214, | ) |
| | ) |
| and | ) |
| | ) |
| INTEGRITY MEDIA, INC. | ) |
| 1000 Cody Road | ) |
| Mobile, Alabama 36695 | ) |
| | ) |
|         Defendants. | ) |

_____ )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Carrie Devorah and Defendants Newton

Gingrich, Thomas Nelson, Inc., and Integrity Media, Inc. (collectively "Defendants"), by and

through their undersigned attorneys, hereby stipulate and agree that this action is dismissed with

prejudice, with each party to bear its own fees and costs incurred in connection with this action.

Respectfully submitted this 11th day of June, 2010.

/s/ Nabila Isa-Odidi
John P. Corrado, Bar No. 380948
Nabila A. Isa-Odidi, Bar No. 980674
Morrison & Foerster LLP
2000 Pennsylvania Avenue NW, Ste 6000
Washington, DC 20006
Telephone: (202) 887-1500
Fax: (202 887-5125

*Counsel for Plaintiff Carrie Devorah*

/s/ Paul Brinkman
Paul F. Brinkman, Bar No. 441681
Alston & Bird LLP
The Atlantic Building
950 F. Street, NW
Washington, DC 20004-1404
Telephone: (202) 756-3300
Fax: (202) 756-3333


OF COUNSEL:

David J. Stewart
Scott P. Amy
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Counsel for Defendants Newton Gingrich,*
*Thomas Nelson, Inc., and Integrity Media,*
*Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

———————————————————

| | |
|---|---|
| CARRIE DEVORAH<br>1330 New Hampshire Avenue N.W.<br>Washington, D.C. 20036,<br><br>            Plaintiff,<br><br>v.<br><br>NEWTON LEROY GINGRICH<br>7410 Windy Hill Court<br>McLean, Virginia 22102-2800,<br><br>THOMAS NELSON, INC.<br>501 Nelson Place<br>Nashville, Tennessee 37214,<br><br>and<br><br>INTEGRITY MEDIA, INC.<br>1000 Cody Road<br>Mobile, Alabama 36695<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)      Civil Action No. 09-01934 (CKK) |

———————————————————  )

## [PROPOSED] ORDER

Plaintiff Carrie Devorah and Defendants Newton Gingrich, Thomas Nelson, Inc., and

Integrity Media, Inc., having moved this Court for a Stipulation of Dismissal With Prejudice

pursuant to Fed. R. Civ. P. 41(a)(1)(ii), IT IS HEREBY ORDERED that this action is dismissed

with prejudice, with each party to bear its own fees and costs incurred in connection with this

action.

SO ORDERED this _____ day of _____, 2010.

_____
Hon. Colleen Kotar-Kelly
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of <u>Stipulation of Dismissal with Prejudice</u> has been served upon counsel of record, who has consented to electronic service through the Court's CM/ECF system on this 11th day of June, 2010.

/s/ Russell W. Warnick
Russell W. Warnick
*Paralegal*
