IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARRIE DEVORAH<br>1330 New Hampshire Avenue N.W.<br>Washington, D.C. 20036,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEWTON LEROY GINGRICH<br>7410 Windy Hill Court<br>McLean, Virginia 22102-2800,<br><br>THOMAS NELSON, INC.<br>501 Nelson Place<br>Nashville, Tennessee 37214,<br><br>and<br><br>INTEGRITY MEDIA, INC.<br>1000 Cody Road<br>Mobile, Alabama 36695<br><br>　　　　　Defendants. | Civil Action No. 09-01934 (CKK) |

## ORDER

Plaintiff Carrie Devorah and Defendants Newton Gingrich, Thomas Nelson, Inc., and Integrity Media, Inc., having moved this Court for a Stipulation of Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear its own fees and costs incurred in connection with this action.

SO ORDERED this 15 day of June, 2010.

　　　　　　　　　　　　　　　Colleen Kollar-Kotelly
　　　　　　　　　　　　　　　United States District Judge